FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2016 JUN 10 PM 3: 53

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

STEPHEN KNUTH,

    Plaintiff,

v.

CASE NO. 3:16-cv-719-J-32JRK

CITIBANK, N.A.,

    Defendant.

___

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, defendant Citibank, N.A. ("Citibank") hereby removes the action entitled *Stephen Knuth v. Citibank, N.A.*, which is pending in the Circuit Court for the Fourth Judicial Circuit of Florida, in and for Duval County, Case No. 16-2016-CA-003082-XXXX-MA (the "Action"), to the United States District Court for the Middle District of Florida on the following grounds:

1. Citibank has no record of being served with the Summons and Complaint in the Action, and there is no return of service indicated on the docket. Copies of the docket, Summons, and Complaint are attached hereto as *Exhibit A*.

2. Citibank has timely filed this Notice of Removal. *See* 28 U.S.C. § 1446(b).

3. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Citibank pursuant to the provisions of 28 U.S.C. § 1441(a) because Plaintiff, Stephen Knuth, alleges violations of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (*see, e.g.*, Complaint at p. 4) a claim which is created by and arises under federal law. To the extent any other claims in the

{38481955;1}

Action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

4. This Court is the proper district court and division for removal because the Action is pending in Duval County, Florida.

5. Citibank is simultaneously filing a copy of this Notice of Removal of Action with the state court in the Action. Citibank will serve Plaintiff with copies of this Notice of Removal and the notice filed in the Action.

6. By virtue of this Notice of Removal of Action and the notice filed in the Action, Citibank does not waive its rights to assert any personal jurisdictional defenses or other motions including Rule 12 motions, motions to compel arbitration, or both, as otherwise permitted by the Federal Rules of Civil Procedure.

7. Citibank certifies, to the best of its knowledge, that: true and legible copy of all process, pleadings, orders, and other papers or exhibits now on file in the state court have been attached to this Notice of Removal of Action; and there are no motions pending in the state court.

Dated: June 10, 2016

Respectfully submitted,

**AKERMAN LLP**

*/s/ John L. Dicks II*
John L. Dicks II
Florida Bar No.: 89012
john.dicks@akerman.com
caren.collier@akerman.com
401 East Jackson St., Suite 1700
Tampa, Florida 33602
Phone: 813-223-7333
Fax:    813-218-5410

and

Jacob A. Brown
Florida Bar No. 0170038
jacob.brown@akerman.com
leilani.caylao@akerman.com
jennifer.meehan@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

*Attorneys for Citibank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by email to Plaintiff's counsel, Todd M. Davis, Esq. at TD@DavisPLLC.com on this 10th day of June, 2016.

                                                           */s/ John L. Dicks II*
                                                           Attorney