# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STEPHEN KUTH,

    Plaintiff,

v.                                          CASE NO: 3:16-cv-00719-TJC-JRK

CITIBANK, N.A.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Stephen Knuth, pursuant to Middle District of Florida Local Rule 3.08(a), hereby submits this Notice of Pending Settlement and states the parties have reached a settlement in principle with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully Submitted,

    **DAVIS LAW FIRM**

    */s/ Todd M. Davis*
    **TODD M. DAVIS, ESQ.**
    FL BAR NO. 58470
    Bank of America Tower
    50 N. Laura Street
    Suite 2500
    Jacksonville, FL 32202
    904-400-1429 (T)
    904-638-8800 (F)
    TD@DAVISPLLC.COM

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 12, 2016, I e-filed this document using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

*/s/TODD M. DAVIS*
Todd M. Davis
