UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN KNUTH,

      Plaintiff,

v.

                                 CASE NO: 3:16-cv-00719-TJC-JRK

CITIBANK, N.A.,

      Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      Plaintiff, STEPHEN KNUTH and Defendant, CITIBANK, N.A., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), stipulate that the matters between them have been resolved and therefore request this Honorable Court to dismiss Plaintiffs' claims, with Prejudice, against Defendant with each party to bear its own fees and costs.

Respectfully Submitted,

| **DAVIS LAW FIRM** | **AKERMAN, LLP** |
|---|---|
| *s/Todd M. Davis* | *s/John L. Dicks* |
| **TODD M. DAVIS, ESQ.** | John L. Dicks II |
| FL BAR NO. 58470 | Florida Bar No. 89012 |
| TD@DavisPLLC.com | John.dicks@akerman.com |
| Bank of America Tower | 401 East Jackson Street |
| 50 N. Laura Street | Suite 1700 |
| Suite 2500 | Tampa, FL 33602 |
| Jacksonville, FL 32202 | Tel: (813) 223-7333 |
| 904-400-1429 (T) | Fax: (813) 218-5410 |
| 904-638-8800 (F) | *Attorney for Citibank* |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2016, I e-filed this document using the CM/ECF system, which will notify the other parties of record.

> */s/TODD M. DAVIS*
> Todd M. Davis