# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STEPHEN KNUTH,

    Plaintiff,

v.                                           Case No. 3:16-cv-719-J-32JRK

CITIBANK N.A.,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 13), filed on September 28, 2016, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of September, 2016.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record